**Anthony JOE, Petitioner—Appellant,**

v.

**Willie EAGLETON, Warden, Evans Correctional Institution; Henry McMaster, Attorney General, South Carolina, Respondents—Appellees.**

**No. 04–8025.**

United States Court of Appeals, Fourth Circuit.

Submitted March 24, 2005.

Decided March 31, 2005.

Anthony Joe, Appellant pro se.

Melody Jane Brown, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Joe seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude on the reasoning of the district court that Joe has not made a substantial showing of the denial of a constitutional right. *See Joe v. Eagleton,* No. CA–03–1507–2–23 (D.S.C. Dec. 1, 2004). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*